██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH RODRIGUEZ, Appellant. [817 NYS2d 574]—Motion for writ of error coram nobis denied. Present—Pigott, Jr., P.J., Hurlbutt, Pine and Hayes, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC WILCOX, Appellant. [817 NYS2d 574]—Motion for writ of error coram nobis denied. Present—Pigott, Jr., P.J., Kehoe, Gorski and Hayes, JJ.

██ MOIRA A. MURRAY, Individually and as Parent and Natural Guardian of MARGARET E. MURRAY and Another, Infants, and as Administratrix of the Estate of JOHN F. MURRAY, Deceased, Appellant, v LANCASTER MOTORSPORTS, INC., et al., Respondents, et al., Defendants. LANCASTER MOTORSPORTS, INC., et al., Third-Party Plaintiffs, v HENRIETTA BUILDING SUPPLIES, INC., Third-Party Defendant-Respondent. [817 NYS2d 572]—Motion to resettle order denied; cross motion to adjourn dismissed as unnecessary. Present—Pigott, Jr., P.J., Martoche, Smith, Pine and Hayes, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDIE LONDRELL WALKER, Appellant. [817 NYS2d 570]—Motion for reargument granted in part and, upon reargument, the memorandum and order entered April 28, 2006 (28 AD3d 1116) is amended by deleting the phrase "for a 45-minute adjournment" from the first sentence of the second paragraph of the memorandum and substituting the phrase "for an adjournment" and by deleting the phrase "to present the alibi testimony of that witness's son" from the second sentence of the third paragraph of the memorandum and substituting the phrase "to present the alibi testimony of that witness or the alibi testimony of that witness's son." All concur except Kehoe and Hayes, JJ., who dissent and vote to grant the motion in its entirety and affirm the judgment. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Hayes, JJ.

██ REENA KUMAR et al., Respondents, v JEFFREY A. TISACK, Appellant. [817 NYS2d 573]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Pine, JJ.